## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT, individually,<br>AMY SCHMIDT, individually, h/w<br><br>*Plaintiffs,*<br>vs.<br><br>FRANK HAMILTON, individually and<br>TRESSA THOMPSON-THOMAS,<br>individually,<br>*Defendants.* | C.A. NO. 06-207 JJF |

## **AFFIDAVIT**

STATE OF DELAWARE      :
                       : ss.
NEW CASTLE COUNTY      :

BE IT REMEMBERED, that on this 12th day of April, A.D., 2006 personally came before me, the subscriber, a Notary Public for the State of Delaware, David P. Cline, Esquire, who being by me duly sworn according to law, deposes and says:

1. That he is the attorney for the above named plaintiffs.

2. To the best of his knowledge, information and belief, on April 07, 2006, a notice was sent to defendant, FRANK HAMILTON, by registered mail consisting of a copy of the process and complaint served upon the Secretary of State, and a statement that service of the original of such process has been made upon the Secretary of State and that such service is as effectual as if it had been made upon such nonresident personally within this state.

3. Attached as Exhibit "A" is the receipt given by the post office to him on April 07, 2006 the date of mailing of the letter to defendant.

4. Attached as Exhibit "B" is the signed, original registered return receipt which was returned to plaintiffs' attorney on April 12, 2006.

5. The letter to defendant, FRANK HAMILTON, as required by 10 <u>Del. C.</u> § 3112 was contained in the envelope at the time it was mailed.

6. Attached as Exhibit "C" is a copy of the letter that was sent along with the Complaint.

_____
DAVID P. CLINE

SWORN to and SUBSCRIBED on this 12th day of April 2006.

_____
NOTARY PUBLIC

ANGELA M. SPINELLA
Notary Public - State of Delaware
My Comm. Expires August 1, 2007