UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT, individually, )<br>AMY SCHMIDT, individually, h/w ) <br>) <br>    *Plaintiffs,* ) <br>    vs. ) <br>) <br>FRANK HAMILTON, individually and ) <br>TRESSA THOMPSON-THOMAS, ) <br>individually, ) <br>    *Defendants.* ) | C.A. NO. 06-207 JJF |

## AMENDED COMPLAINT

The plaintiffs amend their complaint in the above cause by filing an affidavit made on behalf of the plaintiffs as to the Defendant's non-resident, the said FRANK HAMILTON, and of the sending of a copy of the Complaint with Process and Notice as required by statute, the said affidavit with exhibits thereto to be considered incorporate in said Complaint as a part thereof.

                                                  BY:   /s/ David P. Cline<br>
                                                            David P. Cline, Esq. (#2681)<br>
                                                             1300 North Market Street<br>
                                                             Suite 700<br>
                                                             Wilmington, DE 19801<br>
                                                             302-529-7848<br>
                                                             Attorney for Plaintiffs

Date:  April 12, 2006