# Exhibit A

```
                    WILMINGTON MAIN WINDOW
                      Wilmington, Delaware
                          198509609
                       3379300550-0094
04/07/2006          (800)275-8777         04:01:38 PM
─────────────────── Sales Receipt ───────────────────
Product          Sale    Unit              Final
Description      Qty     Price             Price

MARCUS HOOK PA 19061                       $0.87
 First-Class
 2.30 oz.
   Return Rcpt (Green Card)                $1.85
   Registered                              $7.90
     Insured Value :      $0.00
     Article Value :      $0.00
     Label #:       RB295671392US
                                          ========
              Issue PVI:                  $10.62

EASTMAN GA 31023                           $0.87
 First-Class
 2.20 oz.
   Return Rcpt (Green Card)                $1.85
   Registered                              $7.90
     Insured Value :      $0.00
     Article Value :      $0.00
     Label #:       RB295671401US
                                          ========
              Issue PVI:                  $10.62

MEDFORD NJ 08055                           $0.87
 First-Class
 2.30 oz.
   Return Rcpt (Green Card)                $1.85
   Registered                              $7.90
     Insured Value :      $0.00
     Article Value :      $0.00
     Label #:       RB295671389US
                                          ========
              Issue PVI:                  $10.62

Total:                                    $31.86

Paid by:
Personal Check                            $31.86

Bill#:  1000603028530
Clerk:  15

── All sales final on stamps and postage. ──
   Refunds for guaranteed services only.
      Thank you for your business.
            Customer Copy
```

**Registered No.** RB295671392US

| Reg. Fee | $7.90 | | | Date Stamp |
|---|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $1.85 | 0550 |
| Postage | $0.87 | Restricted Delivery | $0.00 | 04/07/2006 |
| Received by | | | | |
| Customer Must Declare Full Value $ | $0.00 | ☐ With Postal Insurance ☐ Without Postal Insurance | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM: David P. Cline, Esquire
1300 N. Market Street
Suite 700, Box 1970
Wilmington, DE 19899

TO: Frank Hamilton
1389 Brookcroft Ln.
Boothwyn, PA 19061

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

Schmidt



Exhibit B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Frank Hamilton
   1389 Brookcroft Ln.
   Boothwyn, PA 19061

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☒ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    RB 295 071 392 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



# David P. Cline

davidcline@mylawman.com

*Attorney-at-Law*

Let Mylawman become Yourlawman.™

**LICENSED TO PRACTICE IN**
DE MD NJ NY & PA

FAX 302 654-0884

1300 N MARKET ST, SUITE 700
WILMINGTON DE 19801
302 529 - 7848
302 LAW-SUIT

PHILADELPHIA, PA 19103
MEDIA, PA 19063
MT LAUREL NJ 08054
800-460-4550 (NATIONWIDE)

April 7, 2006

Frank Hamilton
1389 Brookcroft Lane
Boothwyn, PA 19061

**VIA REGISTERED MAIL/RETURN RECEIPT REQUESTED & REGULAR MAIL**

Re:  Robert Schmidt et al. vs. Frank Hamilton, et al.
     C.A. No.: 06-207 JJF

Dear Mr. Hamilton:

Please take notice that the enclosed process and complaint have been served upon the Secretary of State as prescribed by Section 3112 of Title 10 of the Delaware Code of 1953. This service upon the Secretary of State is made as if that service had been made upon you personally. Enclosed please find a copy of the Service of Process and the Complaint. Please note that you have 20 days from the date of service of this letter to file an answer to this complaint or a default judgment will be entered against you. A copy of that answer must be served upon me.

Please turn this matter over to the auto insurance company that was in effect on the date of this accident. If you do not have insurance that will cover you for this accident please contact me at the above number. Thank you.

Very truly yours,

/s/ David P. Cline
(signed electronically)

David P. Cline

Enclosure
DPC/AS/a

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

ROBERT SCHMIDT, individually,
AMY SCHMIDT, individually, h/w
    Plaintiffs,

v.

FRANK HAMILTON, individually, and
TRESSA THOMPSON-THOMAS,
individually,
    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06 - 207 JJF

TO: (Name and address of Defendant)

Frank Hamilton
1389 Brookcroft Lane
Boothwyn, PA 19061

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID P. CLINE, Esquire (P.A. No. 48965)
1300 North Market Street
Suite 700
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within Twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

3/30/06

CLERK

BY DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 4/5/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: FRANK HAMILTON C/O THE DELAWARE SEC. OF STATE TOWNSEND BLDG. DOVER, DE COPIES THEREOF WERE ACCEPTED BY JAMIE STONE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/5/06
            Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# CIVIL COVER SHEET

*JS 44 (Rev. 11/04)*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Robert Schmidt
Amy Schmidt

**DEFENDANTS**
Frank Hamilton and
Tressa Thompson-Thomas
Boothwyn, PA

**(b)** County of Residence of First Listed Plaintiff: **New Castle**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Eastman, GA**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
David P. Cline, Esquire
1300 North Market Street, Suite 700
Wilmington DE 19801    (302) 529-7848

Attorneys (If Known)

## II. BASIS OF JURISDICTION
- Diversity [X]

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)
- Citizen of This State: PTF [X]
- Citizen of Another State: DEF [X] 2 — Incorporated and Principal Place of Business In Another State

## IV. NATURE OF SUIT
- 350 Motor Vehicle [X]

## V. ORIGIN
- [X] Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: **28 USC 1332**
Brief description of cause: **Personal Injury Auto**

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

## VIII. RELATED CASE(S) IF ANY: None

DATE: 28 March 2006

SIGNATURE OF ATTORNEY OF RECORD: [signature]

UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

ROBERT SCHMIDT, individually, )
AMY SCHMIDT, individually, h/w ) C.A. NO.
 )
 )
*Plaintiffs*, )
vs. )
 )
FRANK HAMILTON, individually and )
TRESSA THOMPSON-THOMAS, )
individually, )
*Defendants*. )

## COMPLAINT

Plaintiffs, Robert Schmidt and Amy Schmidt, through their counsel, David P. Cline, Esquire, say by way of Complaint that:

## JURISDICTION

### I. JURISDICTION BASED ON DIVERSITY OF CITIZENSHIP

1. Jurisdiction is based on diversity of citizenship and the amount in controversy exceeds Seventy Five Thousand Dollars ($75,000), exclusive of interest and costs.

2. Jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332.

## VENUE

3. Venue lies under 28 U.S.C. Section 1391.

## PARTIES

4. Plaintiff, Robert Schmidt, is and was at all times pertinent hereto a resident of the state of Delaware, residing at 30 Orchid Drive, Bear, DE 19701.

5. Plaintiff, Amy Schmidt, is and was at all times pertinent hereto a resident of the state of Delaware, residing at 30 Orchid Drive, Bear, DE 19701, and is the wife of plaintiff, Robert Schmidt.

6. Defendant, Frank Hamilton, an individual, upon information and belief, is believed at all times pertinent hereto, a resident of the state of Pennsylvania, residing at 1389 Brookcoft Lane, Boothwyn, PA 19061, Delaware County, Pennsylvania

7. Tressa Thompson-Thomas, an individual, upon information and belief, is believed at all times pertinent hereto, a resident of the state of Georgia, residing at 100 Ridge Road, Eastman, GA 31023.

## COUNT I FACTS OF ACCIDENT

1. On December 21, 2005, at approximately 6:57 p.m., plaintiff, Robert Schmidt, was stopped southbound, on I-95, Vietnam Veterans Highway, in Delaware County, Pennsylvania.

2. At the same time and place, defendant, Frank Hamilton Jr., was operating his vehicle, a silver 2004 GMC Yukon, heading southbound, and operated his vehicle in a negligent, careless and/or reckless manner, causing his vehicle to violently collide into plaintiff, Robert Schmidt's vehicle.

3. At the same time and place, defendant Tressa Thompson-Thomas, was operating her vehicle, a green 1999 Pontiac Grand Prix, heading southbound, and operated her vehicle in a negligent, careless, and/or reckless manner causing her vehicle to violently collide into defendant's, Frank Hamilton vehicle, which was positioned behind the plaintiff's Robert Schmidt, vehicle, causing further injury to the plaintiff, Robert Schmidt.

a. Did operate her motor vehicle without due regard for the rights, safety and position of the plaintiff, at the time and place aforesaid;

b. Did fail to give proper and sufficient warning or the approach of the motor vehicle under her control;

c. Failed to have her vehicle under proper and adequate control at the time;

d. Did failed to adhere to the rules of the road concerning the legal distance one must keep from another vehicle in order to safely operate a motor vehicle, and in the operation of motor vehicles of public highways;

e. Did fail to maintain a proper lookout;

f. Did fail to keep her vehicle under control and violently struck the plaintiff's vehicle;

## COUNT II MEDICAL

8. As a result of the negligence, carelessness, and /or recklessness of the defendants, Frank Hamilton and Tressa Thompson-Thomas, plaintiff, Robert Schmidt suffered serious bodily injuries including to, but not limited to: brain injury, requiring surgery due to a hematoma on right side of skull, comatose state and an inability to resume his normal activities of daily living which may be permanent in nature.

9. As a further result of the injuries mentioned above, plaintiff, Robert Schmidt, has sustained a loss of earnings and/or earnings capacity, which may continue into the indefinite future.

10. As a further result of the negligence of the defendants, Frank Hamilton, and Tressa Thompson-Thomas, the plaintiff, Amy Schmidt, has suffered the loss of society, aid, comfort, companionship, and consortium of her husband, plaintiff, Robert Schmidt.

WHEREFORE, Plaintiff, Robert and Amy Schmidt, demand judgment against defendants, Frank Hamilton, and Tressa Thompson-Thomas for monetary damages, property damages, pain and suffering, lost wages, attorney fees and costs of suit.

## COUNT III CONSORTIUM

11. As a further result of the negligence of the defendants, Frank Hamilton and Tressa Thompson-Thomas, the plaintiff, Amy Schmidt, has suffered the loss of society, aid, comfort, companionship, and consortium of her husband, plaintiff, Robert Schmidt.

WHEREFORE, Plaintiffs, Roberts Schmidt and Amy Schmidt demand judgment against defendants, Frank Hamilton and Tressa Thompson-Thomas, for monetary damages, property damages, pain and suffering, lost wages, attorney fees and costs of suit.

DAVID P. CLINE, P.A.

BY:  /s/ David P. Cline
David P. Cline, Esq. (#2681)
1300 N. Market St., Ste. 700
Wilmington, DE 19801
(302) 529-7848
Attorney for Plaintiff(s)

Dated: March 30, 2006

FILED U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 MAR 30  PM 1:24