UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| ROBERT SCHMIDT, individually, <br> AMY SCHMIDT, individually, h/w | ) <br> ) <br> ) | C.A. NO. 06-207 JJF |
| *Plaintiffs,* <br> vs. | ) <br> ) <br> ) | |
| FRANK HAMILTON, individually and <br> TRESSA THOMPSON-THOMAS, <br> individually, <br> *Defendants.* | ) <br> ) <br> ) <br> ) | |

**CERTIFICATE OF SERVICE**

I, David P. Cline, Esquire, hereby certify that on this 12th day of April, 2006, two copies of the Plaintiffs' Amended Complaint and Affidavit were served via U.S. Mail on:

Frank Hamilton
1389 Brookcroft Lane
Boothwyn, PA 19061

DAVID CLINE, P.A.

BY:  /s/ David P. Cline
David P. Cline, Esq. (#2681)
1300 North Market Street
Suite 700
Wilmington, DE 19801
302-529-7848
Attorney for Plaintiffs

Dated: 4/12/06