UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT, individually, ) | |
| AMY SCHMIDT, individually, h/w ) | |
| ) | C.A. No.: 06-207 JJF |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| FRANK H. HAMILTON, individually and ) | |
| TRESSA THOMPSON-THOMAS, ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Stephen P. Casarino, Esquire, Casarino, Christman & Shalk, as attorney for defendant Frank H. Hamilton. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant. The defendant specifically reserves all rights to raise any jurisdictional, service, or statute of limitations defects which may be available.

    CASARINO, CHRISTMAN & SHALK, P.A.

    /s/ Stephen P. Casarino
    STEPHEN P. CASARINO, ESQUIRE
    I.D. No. 174
    800 North King Street, Suite 200
    P.O. Box 1276
    Wilmington, DE 19899
    (302) 594-4500
    Attorney for Defendant Frank H. Hamilton

Dated: April 19, 2006

## CERTIFICATION OF SERVICE

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have efiled via Lexis Nexis at 800 North King Street, Suite 200, Wilmington, Delaware on this 19th day of April, 2006 two true and correct copies of the attached Entry of Appearance to:

David P. Cline, Esq.
David P. Cline, P.A.
1300 North Market Street, Suite 700
P.O. Box 1971
Wilmington, DE 19899-1970

CASARINO, CHRISTMAN & SHALK, P.A.

   /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Frank H. Hamilton

Dated: April 19, 2006