UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| ROBERT SCHMIDT, individually, | ) | |
| AMY SCHMIDT, individually, h/w | ) | |
| | ) | C.A. No.: 06-207 JJF |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK H. HAMILTON, individually and | ) | |
| TRESSA THOMPSON-THOMAS, | ) | |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have sent via Lexis Nexis efiling at 800 North King Street, Suite 200, Wilmington, Delaware on this 21st day of April, 2006 two true and correct copies of Defendant Frank Hamilton's Interrogatories Directed to Plaintiff and Defendant Frank Hamilton's Request for Production Directed to Plaintiff addressed to:

David P. Cline, Esq.
David P. Cline, P.A.
1300 North Market Street, Suite 700
P.O. Box 1971
Wilmington, DE 19899-1970

CASARINO, CHRISTMAN & SHALK, P.A.

  /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

                                                  (302) 594-4500
Dated: April 21, 2006                      Attorney for Defendant Frank H. Hamilton