UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT, individually,<br>AMY SCHMIDT, individually, h/w<br><br>            Plaintiffs,<br><br>    v.<br><br>FRANK H. HAMILTON, individually and<br>TRESSA THOMPSON-THOMAS,<br>individually,<br><br>            Defendants. | )<br>)<br>)<br>)  C.A. No.: 06-207 JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT FRANK H. HAMILTON'S ANSWER TO COMPLAINT**

**Jurisdiction**

1.    Diversity of citizenship is admitted. Defendant has insufficient information to admit or deny the balance of the averment.

2.    Admitted.

**Venue**

3.    Denied.

**Parties**

4.    Admitted.

5.    Admitted.

6.    Admitted.

7.    Admitted.

**COUNT I - Facts of Accident**

1.    It is admitted that the accident occurred at the time and place stated. Defendant

has insufficient information to admit or deny that the plaintiff was stopped at the time of the accident.

2. It is admitted that the defendant was operating his vehicle in a southernly direction at the time of the accident and that his vehicle struck the plaintiff's vehicle. The balance of the averment is denied.

3. It is admitted that the defendant Theresa Thompson-Thomas was operating her vehicle is a southerly direction and struck the defendant's vehicle. Defendant has insufficient information to admit or deny the balance of the averment.

4. Negligence of defendant is denied. Defendant has insufficient information to admit or deny the balance of the averment.

5. Denied.

6. Denied.

7. Defendant has insufficient information to admit or deny the averment.

## COUNT II - Medical

8. The negligence of the defendant is denied. The defendant has insufficient information to admit or deny the balance of the averment.

9. The defendant has insufficient information to admit or deny the balance of the averment.

10. Negligence of the defendant is denied. Defendant has insufficient information to admit or deny the balance of the averment.

## COUNT III - Consortium

11. Negligence of the defendant is denied. Defendant has insufficient information to

admit or deny the balance of the averment.

### **Crossclaim**

12.     Should the jury find any basis of liability against the answering defendant, he requests an apportionment of fault.

                                            CASARINO, CHRISTMAN & SHALK

                                            /s/ Stephen P. Casarino
                                          STEPHEN P. CASARINO, ESQUIRE
                                          I.D. No. 174
                                          800 North King Street, Suite 200
                                          P.O. Box 1276
                                          Wilmington, DE 19899
                                          (302) 594-4500
                                          Attorney for Defendant Frank H. Hamilton

Dated: April 24, 2006

**CERTIFICATION OF SERVICE**

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have efiled at 800 North King Street, Suite 200, Wilmington, Delaware on this 24th day of April, 2006 two true and correct copies of Defendant Frank Hamilton's Answer to Complaint to:

David P. Cline, Esq.
David P. Cline, P.A.
1300 North Market Street, Suite 700
P.O. Box 1971
Wilmington, DE 19899-1970

CASARINO, CHRISTMAN & SHALK, P.A.

  /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Frank H. Hamilton

Dated: April 24, 2006