UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| ROBERT SCHMIDT, individually,<br>AMY SCHMIDT, individually, h/w | )<br>)<br>) | C.A. NO. 06-207 JJF |
| *Plaintiffs,*<br>vs. | )<br>)<br>) | |
| FRANK HAMILTON, individually and<br>TRESSA THOMPSON-THOMAS,<br>individually,<br>*Defendants.* | )<br>)<br>)<br>) | |

### AMENDED COMPLAINT

The plaintiffs amend their complaint in the above cause by filing an affidavit made on behalf of the plaintiffs as to the Defendant's non-resident, the said TRESSA THOMPSON-THOMAS, and of the sending of a copy of the Complaint with Process and Notice as required by statute, the said affidavit with exhibits thereto to be considered incorporate in said Complaint as a part thereof.

                    BY:   /s/ David P. Cline
                                 David P. Cline, Esq. (#2681)
                                 1300 North Market Street
                                 Suite 700
                                 Wilmington, DE 19801
                                 302-529-7848
                                 Attorney for Plaintiffs

Date: May 5, 2006