## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT, individually, ) <br> AMY SCHMIDT, individually, h/w ) <br> ) <br> *Plaintiffs,* ) <br> vs. ) <br> ) <br> FRANK HAMILTON, individually and ) <br> TRESSA THOMPSON-THOMAS, ) <br> individually, ) <br> *Defendants.* ) | C.A. NO. 06-207 JJF |

## **AFFIDAVIT**

STATE OF DELAWARE         :
                          : ss.
NEW CASTLE COUNTY         :

BE IT REMEMBERED, that on this 5th day of May, A.D., 2006 personally came before me, the subscriber, a Notary Public for the State of Delaware, David P. Cline, Esquire, who being by me duly sworn according to law, deposes and says:

1. That he is the attorney for the above named plaintiffs.

2. To the best of his knowledge, information and belief, on April 07, 2006, a notice was sent to defendant, TRESSA THOMPSON-THOMAS, by registered mail consisting of a copy of the process and complaint served upon the Secretary of State, and a statement that service of the original of such process has been made upon the Secretary of State and that such service is as effectual as if it had been made upon such nonresident personally within this state.

3. Attached as Exhibit "A" is the receipt given by the post office to him on April 07, 2006 the date of mailing of the letter to defendant.

4. Attached as Exhibit "B" is the unclaimed, original registered sealed envelope which was returned to plaintiffs' attorney on May 03, 2006.

5. The letter to defendant, TRESSA THOMPSON-THOMAS, as required by 10 <u>Del. C.</u> § 3112 was contained in the envelope at the time it was mailed.

6. Attached as Exhibit "C" is a copy of the letter that was sent along with the Complaint.

                                                            DAVID P. CLINE

SWORN to and SUBSCRIBED on this 5th day of May 2006.

**ANGELA M. SPINELLA**
**Notary Public - State of Delaware**
**My Comm. Expires August 1, 2007**

                                        NOTARY PUBLIC



```
                    WILMINGTON MAIN WINDOW
                     Wilmington, Delaware
                          198509609
                       3379300550-0094
04/07/2006          (800)275-8777         04:01:38 PM

─────────────── Sales Receipt ───────────────
Product           Sale     Unit        Final
Description       Qty      Price       Price

MARCUS HOOK PA 19061                    $0.87
First-Class
 2.30 oz.
   Return Rcpt (Green Card)             $1.85
   Registered                           $7.90
     Insured Value :        $0.00
     Article Value :        $0.00
     Label #:        RB295671392US
                                    ========
              Issue PVI:              $10.62

EASTMAN GA 31023                        $0.87
First-Class
 2.20 oz.
   Return Rcpt (Green Card)             $1.85
   Registered                           $7.90
     Insured Value :        $0.00
     Article Value :        $0.00
     Label #:        RB295671401US
                                    ========
              Issue PVI:              $10.62

MEDFORD NJ 08055                        $0.87
First-Class
 2.30 oz.
   Return Rcpt (Green Card)             $1.85
   Registered                           $7.90
     Insured Value :        $0.00
     Article Value :        $0.00
     Label #:        RB295671389US
                                    ========
              Issue PVI:              $10.62
                                    ─────────
Total:                                $31.86

Paid by:
Personal Check                        $31.86

Bill#:  1000603028530
Clerk:  15

── All sales final on stamps and postage. ──
    Refunds for guaranteed services only.
        Thank you for your business.
              Customer Copy
```

**Receipt for Registered Mail (PS Form 3806)**

Registered No. RB295671401US
Reg. Fee: $7.90
Handling Charge: $0.00
Return Receipt: $1.85
Postage: $0.87
Restricted Delivery: $0.00
Customer Must Declare Full Value: $0.00 — Without Postal Insurance

Date Stamp: 04/07/2006

FROM:
David P. Cline, Esquire
1300 N. Market Street
Suite 700, Box 1970
Wilmington, DE 19899

TO:
Tress Thompson-Thomas
100 Ridge Road
Eastman, GA 31023

PS Form 3806, May 2004 (7530-02-000-9051)
Copy 1 - Customer

Schmidt

# Exhibit B




Envelope — First Class, Return Receipt Requested, Registered Mail. U.S. Postage Paid, Wilmington 19850, APR 07 '0, Amount $10.62.

From: David P. Cline, Esquire, P.A., 1300 N. Market Street, Suite 700, Box 190, Wilmington, DE 19899-1970

To: Tress Thompson-Thomas, 100 Ridge Road, Eastman, GA 31023

Postmark: MAY 03 2005. 1st NOTICE / 2nd NOTICE RETURNED. Stamped "UNCLAIMED" / "RETURN TO SENDER".

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Tress Thompson-Thomas<br>100 Ridge Road.<br>Eastman, GA 31023 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☒ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | RB 295 671 401 US |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Postmark: APR 0 7 2006

# Exhibit C

# David P. Cline

<u>davidcline@mylawman.com</u>  *Attorney-at-Law*  Let Mylawman become Yourlawman.™

**LICENSED TO PRACTICE IN**  1300 N MARKET ST, SUITE 700  PHILADELPHIA, PA 19103
DE MD NJ NY & PA  WILMINGTON DE 19801  MEDIA, PA 19063
  302  529 - 7848  MT LAUREL NJ 08054
FAX 302 654-0884  302 LAW-SUIT  800-460-4550 (NATIONWIDE)

April 7, 2006

Tress Thompson-Thomas
100 Ridge Road, Eastman
Eastman, GA 31023

### VIA REGISTERED MAIL/RETURN RECEIPT REQUESTED & REGULAR MAIL

Re:  Robert Schmidt et al. vs. Frank Hamilton, et al.
  C.A. No.: 06-207 JJF

Dear Ms. Thompson-Thomas:

Please take notice that the enclosed process and complaint have been served upon the Secretary of State as prescribed by Section 3112 of Title 10 of the Delaware Code of 1953. This service upon the Secretary of State is made as if that service had been made upon you personally. Enclosed please find a copy of the Service of Process and the Complaint. Please note that you have 20 days from the date of service of this letter to file an answer to this complaint or a default judgment will be entered against you. A copy of that answer must be served upon me.

Please turn this matter over to the auto insurance company that was in effect on the date of this accident. If you do not have insurance that will cover you for this accident please contact me at the above number. Thank you.

Very truly yours,

/s/ David P. Cline
*(signed electronically)*

**David P. Cline**

Enclosure
DPC/AS/a

*Balancing the Scales of Justice in Favor of the Injured.™*

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Robert Schmidt
Amy Schmidt

**DEFENDANTS**
Frank Hamilton and
Tressa Thompson-Thomas

(b) County of Residence of First Listed Plaintiff  **New Castle**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Boothwyn, PA / Eastman, GA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
David P. Cline, Esquire
1300 North Market Street, Suite 700
Wilmington, DE 19801   (302) 529-7848

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332
Brief description of cause: Personal Injury Auto

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
None
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE  25 March 2006
SIGNATURE OF ATTORNEY OF RECORD  /s/

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT, individually, )<br>AMY SCHMIDT, individually, h/w )<br>)<br>*Plaintiffs,* )<br>vs. )<br>)<br>FRANK HAMILTON, individually and )<br>TRESSA THOMPSON-THOMAS, )<br>individually, )<br>*Defendants.* ) | C.A. NO. |

## COMPLAINT

Plaintiffs, Robert Schmidt and Amy Schmidt, through their counsel, David P. Cline, Esquire, say by way of Complaint that:

### JURISDICTION

### I. JURISDICTION BASED ON DIVERSITY OF CITIZENSHIP

1. Jurisdiction is based on diversity of citizenship and the amount in controversy exceeds Seventy Five Thousand Dollars ($75,000), exclusive of interest and costs.

2. Jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332.

### VENUE

3. Venue lies under 28 U.S.C. Section 1391.

### PARTIES

4. Plaintiff, Robert Schmidt, is and was at all times pertinent hereto a resident of the state of Delaware, residing at 30 Orchid Drive, Bear, DE 19701.

5. Plaintiff, Amy Schmidt, is and was at all times pertinent hereto a resident of the state of Delaware, residing at 30 Orchid Drive, Bear, DE 19701, and is the wife of plaintiff, Robert Schmidt.

6. Defendant, Frank Hamilton, an individual, upon information and belief, is believed at all times pertinent hereto, a resident of the state of Pennsylvania, residing at 1389 Brookcoft Lane, Boothwyn, PA 19061, Delaware County, Pennsylvania

7. Tressa Thompson-Thomas, an individual, upon information and belief, is believed at all times pertinent hereto, a resident of the state of Georgia, residing at 100 Ridge Road, Eastman, GA 31023.

## COUNT I FACTS OF ACCIDENT

1. On December 21, 2005, at approximately 6:57 p.m., plaintiff, Robert Schmidt, was stopped southbound, on I-95, Vietnam Veterans Highway, in Delaware County, Pennsylvania.

2. At the same time and place, defendant, Frank Hamilton Jr., was operating his vehicle, a silver 2004 GMC Yukon, heading southbound, and operated his vehicle in a negligent, careless and/or reckless manner, causing his vehicle to violently collide into plaintiff, Robert Schmidt's vehicle.

3. At the same time and place, defendant Tressa Thompson-Thomas, was operating her vehicle, a green 1999 Pontiac Grand Prix, heading southbound, and operated her vehicle in a negligent, careless, and/or reckless manner causing her vehicle to violently collide into defendant's, Frank Hamilton vehicle, which was positioned behind the plaintiff's Robert Schmidt, vehicle, causing further injury to the plaintiff, Robert Schimdt.

    a.    Did operate her motor vehicle without due regard for the rights, safety and position of the plaintiff, at the time and place aforesaid;

    b.    Did fail to give proper and sufficient warning or the approach of the motor vehicle under her control;

    c.    Failed to have her vehicle under proper and adequate control at the time;

    d.    Did failed to adhere to the rules of the road concerning the legal distance one must keep from another vehicle in order to safely operate a motor vehicle, and in the operation of motor vehicles of public highways;

    e.    Did fail to maintain a proper lookout;

    f.    Did fail to keep her vehicle under control and violently struck the plaintiff's vehicle;

## COUNT II MEDICAL

8. As a result of the negligence, carelessness, and /or recklessness of the defendants, Frank Hamilton and Tressa Thompson-Thomas, plaintiff, Robert Schmidt suffered serious bodily injuries including to, but not limited to: brain injury, requiring surgery due to a hematoma on right side of skull, comatose state and an inability to resume his normal activities of daily living which may be permanent in nature.

9. As a further result of the injuries mentioned above, plaintiff, Robert Schmidt, has sustained a loss of earnings and/or earnings capacity, which may continue into the indefinite future.

10. As a further result of the negligence of the defendants, Frank Hamilton, and Tressa Thompson-Thomas, the plaintiff, Amy Schmidt, has suffered the loss of society, aid, comfort, companionship, and consortium of her husband, plaintiff, Robert Schmidt..

WHEREFORE, Plaintiff, Robert and Amy Schmidt, demand judgment against defendants, Frank Hamilton, and Tressa Thompson-Thomas for monetary damages, property damages, pain and suffering, lost wages, attorney fees and costs of suit.

## COUNT III CONSORTIUM

11. As a further result of the negligence of the defendants, Frank Hamilton and Tressa Thompson-Thomas, the plaintiff, Amy Schmidt, has suffered the loss of society, aid, comfort, companionship, and consortium of her husband, plaintiff, Robert Schmidt.

WHEREFORE, Plaintiffs, Roberts Schmidt and Amy Schmidt demand judgment against defendants, Frank Hamilton and Tressa Thompson-Thomas, for monetary damages, property damages, pain and suffering, lost wages, attorney fees and costs of suit.

DAVID P. CLINE, P.A.

BY: /s/ David P. Cline
David P. Cline, Esq. (#2681)
1300 N. Market St., Ste. 700
Wilmington, DE 19801
(302) 529-7848
Attorney for Plaintiff(s)

Dated: March 30, 2006