UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT, individually,<br>AMY SCHMIDT, individually, h/w<br><br>      *Plaintiffs*,<br>    vs.<br><br>FRANK HAMILTON, individually and<br>TRESSA THOMPSON-THOMAS,<br>individually,<br>      *Defendants*. | C.A. NO. 06-207 JJF |

## CERTIFICATE OF SERVICE

I, David P. Cline, Esquire, hereby certify that on this 5th day of May, 2006, two copies of the Plaintiffs' Amended Complaint and Affidavit were served via U.S. Mail on:

Tressa Thompson-Thomas
100 Ridge Road, Eastman
Eastman, GA 31023

Stephen P. Casarino
Casarino Christman & Shalk, P.A.
800 North King Street, Suite 200
Wilmington, De 19899

                                                        DAVID CLINE, P.A.

                              BY:   /s/ David P. Cline
                                        David P. Cline, Esq. (#2681)
                                        1300 North Market Street
                                        Suite 700
                                        Wilmington, DE 19801
                                        302-529-7848
Dated: 5/05/06                         Attorney for Plaintiffs