## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT, individually, ) <br> AMY SCHMIDT, individually, h/w ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FRANK H. HAMILTON, individually and ) <br> TRESSA THOMPSON-THOMAS, ) <br> individually, ) <br> ) <br> Defendants. ) | C.A. No.: 06-207 JJF |

### NOTICE OF DEPOSITIONS

TO: James A. Erisman, Esquire
The Erisman Law Firm, LLC
1224 King Street
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of

Robert Schmidt and Amy Schmidt beginning at 1:00 p.m. on July 11, 2006 in the offices of

Casarino, Christman & Shalk, 800 N. King Street, Suite 200, Wilmington, Delaware.

CASARINO, CHRISTMAN & SHALK

  /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant

Dated: 5/8/06

cc: Hawkins Reporting Service