UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

Index No. 1:06-CV-207JJF

ROBERT SCHMIDT, INDIVIDUALLY, AMY SCHMIDT, INDIVIDUALLY,

, Plaintiff(s)

– against –

FRANK HAMILTON, INDIVIDUALLY, AND TERESSA THOMPSON-THOMAS, INDIVIDUALLY

, Defendant(s)

State of Georgia       )
                       )  SS.:
County of Bibb   )

## AFFIDAVIT OF SERVICE

Jim Goswick being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Georgia.  That on 08/03/2006 at  3:30 PM at:

        4978 U.S. HIGHWAY 341 SOUTH
        CHAUNCEY GA 31011

Deponent served the:

SUMMONS IN A CIVIL CASE
CIVIL COVER SHEET
COMPLAINT
upon TRESSA THOMPSON-THOMAS, by delivering true copies to recipient personally,
deponent knew the person so served to be the person described as said
recipient therein.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or Georgia. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 35 HEIGHT: 5'7''    WEIGHT: 240    HAIR: BROWN    RACE: BLACK    SEX: FEMALE

PDC000567

Jim Goswick        License #

OUR DOC# 14809
David P. Cline-Attorney-at-Law
PO Box 33
Wilmington DE 19899
302-529-7848

Sworn to before me
this 4th day of August 2006

7/18/2010