# David P. Cline

davidcline@mylawman.com  *Attorney-at-Law*  Let Mylawman become Yourlawman.™

|  |  |  |
|---|---|---|
| **LICENSED TO PRACTICE IN** | **1300 N MARKET ST, SUITE 700** | PHILADELPHIA, PA 19103 |
| *DE MD NJ NY & PA* | **PO BOX 33** | MEDIA, PA 19063 |
|  | **WILMINGTON DE 19899-0033** | MT LAUREL, NJ 08054 |
|  | 302  529 - 7848 |  |
| FAX 302 654-0884 | 302 LAW-SUIT | 800-460-4550 (NATIONWIDE) |

August 21, 2006

Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
Lockbox 27
844 King St., US Courthouse
Wilmington, DE 19801

Re:   Robert Schmidt et al. vs. Frank Hamilton et al.
       Case No: 1:06-CV-207JJF

Dear Judge Farnan:

     A Proposed Pretrial Scheduling Order is due to the Court in the above matter tomorrow, Tuesday, August 22, 2006.  I would respectfully request the Proposed Pretrial Scheduling Order be postponed for 45 days.  Plaintiff has attempted service of the complaint on the co-defendant, Tressa Thompson-Thomas on several occasions.  Plaintiff was concerned that co-defendant Tressa Thompson-Thomas did not live at the Georgia address listed in the police report.  Plaintiff hired and an investigative service to obtain service on Tressa Thompson-Thomas.  On August 3, 2006, Plaintiff was finally able to obtain personal service on defendant, Tressa Thompson-Thomas at her place of employment [Docket # 18].  I would like to postpone the Proposed Pretrial Scheduling Order until after an attorney answers for Tressa Thompson-Thomas or she is defaulted.  Stephen P. Casarino, Esq., the attorney for the co-defendant, Frank Hamilton, does not oppose the request.

                      **Very truly yours,**

                      **David P. Cline**

BHS
Enclosure

cc:   Stephen P. Casarino, Esquire
      Casarino, Christmas, & Shalk
      P.O. Box 1276
      Wilmington, DE 19899-1276


      Amy & Robert Schmidt
      30 Orchid Drive
      Bear, DE 19701