## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT and<br>AMY SCHMIDT<br>　　　Plaintiff,<br><br>　　　v.<br><br>FRANK HAMILTON<br>and TRESSA THOMPSON-THOMAS<br><br>　　　Defendant. | :<br>:Case Number<br>:　　1:06-CV-207 JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ANSWER ON BEHALF OF DEFENDANT
## TRESSA THOMPSON THOMAS

1. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 1.

2. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 2.

3. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 3.

4. Admitted

5. Admitted

6. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 6.

7. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 7

8. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 8

9. Not directed at this defendant

10. Denied

11. Denied

12. Denied

13. Denied

14. Denied

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred or reduced by the doctrine of comparative negligence.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's have failed to mitigate their damages, if any.

### FOURTH AFFIRMATIVE DEFENSE

Defendant has failed to effectuate service.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' injuries, if any, are not as severe as alleged.

### CROSS CLAIM AGAINST FRANK HAMILTON

To the extent that MS THOMAS is found negligent, which is denied, he claims indemnification and contribution from Defendant, Frank Hamilton, based upon the

common law and the joint tortfeasor's act.

**WHEREFORE,** Defendant respectfully requests that the Court dismiss the complaint and award Defendant their costs and reasonable attorneys' fees incurred in responding to the complaint, together with such further relief as the Court may deem just and proper.

SILVERMAN, MCDONALD & FRIEDMAN

/S/ Brian E. Lutness
BRIAN E. LUTNESS, ESQUIRE
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 888-2900
Bar I.D. No.: 3572
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT and<br>AMY SCHMIDT<br>　　　　Plaintiff,<br><br>　　　v.<br><br>FRANK HAMILTON<br>and TRESSA THOMPSON-THOMAS<br><br>　　　　Defendant. | : Case Number<br>:　　1:06-CV-207 JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Brian E. Lutness, Esquire, do hereby certify that I have E-Filed at 1010 N. Bancroft Parkway, Suite 22, Wilmington, Delaware on this 19th day of October, 2006 two true and correct copies of Defendant Teressa Thompson Thomas' Answer to Compalint to:

David Cline
1300 N Market Street
Wilmington, DE 19801

Steven Casarino
800 North King Street Suite 200
Wilmington, DE 19899

　　　　　　　　　　　/S/ Brian E. Lutness
　　　　　　　　　　BRIAN E. LUTNESS
　　　　　　　　　　SILVERMAN MCDONALD & FRIEDMAN
　　　　　　　　　　1010 N. Bancroft Parkway
　　　　　　　　　　Suite 22
　　　　　　　　　　Wilmington, DE 19805
　　　　　　　　　　(302) 888-2900
　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　I.D.#3572