UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT, individually,<br>AMY SCHMIDT, individually, h/w<br><br>     Plaintiffs,<br><br>v.<br><br>FRANK H. HAMILTON, individually<br>and TRESSA THOMPSON-THOMAS,<br>individually,<br><br>     Defendants. | C.A. No. 06-207-JJF |

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Defendant, Tressa Thompson-Thomas, in the above-captioned matter. The defendant, Tressa Thompson-Thomas, reserves the right to answer, move or otherwise plead, including the right to aver lack of jurisdiction and/or improper service of process.

/s/ MICHAEL I. SILVERMAN
MICHAEL I. SILVERMAN
SILVERMAN MCDONALD & FRIEDMAN
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
  Attorney for Defendant
Tressa Thompson-Thomas
I.D. No.#3034

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT, individually, <br> AMY SCHMIDT, individually, h/w <br> <br> Plaintiffs, <br> <br> v. <br> <br> FRANK H. HAMILTON, individually <br> and TRESSA THOMPSON-THOMAS, <br> individually, <br> <br> Defendants. | : <br> : C.A. No. 06-207-JJF <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**CERTIFICATE OF SERVICE**

I, Michael I. Silverman, do hereby certify that two copies of the Entry of Appearance were served via E-filing, on October 19, 2006, to:

> David P. Cline, Esquire
> David P. Cline, P.A.
> 1300 N. Market Street, Suite 700
> Wilmington, DE 19801
>
> Stephen P. Casarino, Esquire
> Casarino, Christman & Shalk, P.A.
> 800 North King Street, Suite 200
> P.O. Box 1276
> Wilmington, DE 19889

>> /s/ MICHAEL I. SILVERMAN
>> MICHAEL I. SILVERMAN
>> SILVERMAN MCDONALD & FRIEDMAN
>> 1010 N. Bancroft Parkway
>> Suite 22
>> Wilmington, DE  19805
>> (302) 888-2900
>>   Attorney for Defendant
>> Tressa Thompson-Thomas
>> Bar I. D. No. 3034