# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT and<br>AMY SCHMIDT<br>　　　Plaintiff,<br><br>v.<br><br>FRANK HAMILTON<br>and TRESSA THOMPSON-THOMAS<br><br>　　　Defendant. | Case: 1:06-cv-00207 JJF<br><br>ARBITRATION<br><br>TRIAL BY JURY OF<br>TWELVE DEMANDED |

## NOTICE OF DEPOSITION

To:  David Cline, Esquire                Stephen Casarino, Esquire
     1300 N. Market Street, Suite 700    800 North King Street, Suite 200
     P.O. Box 1971                       P.O. Box 1276
     Wilmington, DE 19899                Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned will take the deposition of Frank Hamilton on Monday, January 15, 2006, at 2:00 p.m. in the office of Silverman, McDonald & Friedman, 1010 N. Bancroft Parkway, Wilmington, Delaware 19805.

/S/ Brian E. Lutness
BRIAN E. LUTNESS
SILVERMAN MCDONALD & FRIEDMAN
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorney for Defendant
I.D.#3572

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT COURT OF DELAWARE**

| | |
|---|---|
| ROBERT SCHMIDT and<br>AMY SCHMIDT<br>　　　　Plaintiff,<br><br>　　　v.<br><br>FRANK HAMILTON<br>and TRESSA THOMPSON-THOMAS<br><br>　　　　Defendant. | :<br>:Case Number<br>:　　1:06-cv-00207 JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

　　　I, Brian E. Lutness, Esquire, do hereby certify that I have E-Filed at 1010 N. Bancroft Parkway, Suite 22, Wilmington, Delaware on this 9th day of November, 2006 two true and correct copies of Defendant Teressa Thompson Thomas' Notice of Deposition of Frank Hamilton to:

| | |
|---|---|
| David Cline<br>1300 N Market Street<br>Wilmington, DE 19801 | Steven Casarino<br>800 North King Street Suite 200<br>Wilmington, DE 19899 |

　　　　　　　　　　　　　　　　　　/S/ Brian E. Lutness
　　　　　　　　　　　　　　　　　BRIAN E. LUTNESS
　　　　　　　　　　　　　　　　　SILVERMAN MCDONALD & FRIEDMAN
　　　　　　　　　　　　　　　　　1010 N. Bancroft Parkway
　　　　　　　　　　　　　　　　　Suite 22
　　　　　　　　　　　　　　　　　Wilmington, DE 19805
　　　　　　　　　　　　　　　　　(302) 888-2900
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　I.D.#3572