## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT, individually, ) <br> AMY SCHMIDT, individually, h/w ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FRANK H. HAMILTON, individually and ) <br> TRESSA THOMPSON-THOMAS, ) <br> individually, ) <br> ) <br> Defendants. ) | C.A. No.: 06-207 JJF |

### RE-NOTICE OF DEPOSITIONS

TO:   David P. Cline, Esq.
David P. Cline, P.A.
1300 North Market Street, Suite 700
P.O. Box 1971
Wilmington, DE 19899-1970

Brian E. Lutness, Esq.
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805

PLEASE TAKE NOTICE that the undersigned attorney will take the depositions of Robert Schmidt and Amy Schmidt beginning at 3:00 p.m. on January 15, 2007 in the law office of Silverman, McDonald & Friedman, Wilmington, Delaware 19805.

                                                  CASARINO, CHRISTMAN & SHALK

                                                  /s/ Stephen P. Casarino
                                                STEPHEN P. CASARINO, ESQUIRE
                                                I.D. No. 174
                                                800 North King Street, Suite 200
                                                P.O. Box 1276
                                                Wilmington, DE 19899
                                                (302) 594-4500
Dated: 11/10/06                                   Attorney for Defendant

cc:      Hawkins Reporting Service

**CERTIFICATION OF SERVICE**

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have efiled at 800 North King Street, Suite 200, Wilmington, Delaware on this 10th day of November, 2006 two true and correct copies of Defendant Frank Hamilton's Answer to Complaint to:

David P. Cline, Esq.
David P. Cline, P.A.
1300 North Market Street, Suite 700
P.O. Box 1971
Wilmington, DE 19899-1970

Brian E. Lutness, Esq.
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805

CASARINO, CHRISTMAN & SHALK, P.A.

   /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Frank H. Hamilton