# UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT and <br> AMY SCHMIDT <br>     Plaintiff, <br><br> v. <br><br> FRANK HAMILTON <br> and TRESSA THOMPSON-THOMAS <br><br>     Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : Case: 1:06-CV-00207 JJF <br> : <br> : |

### NOTICE OF RECORDS DEPOSITION

To:   David Cline, Esquire               Stephen Casarino, Esquire
       1300 N. Market Street, Suite 700   800 North King Street, Suite 200
       P.O. Box 1971                             P.O. Box 1276
       Wilmington, DE 19899             Wilmington, DE 19899

      PLEASE TAKE NOTICE that the undersigned will take the below referenced depositions on February 17, 2007 beginning at 9:00a.m. at the offices of Silverman McDonald & Friedman, 1010 N. Bancroft Parkway, Suite 22, Wilmington, DE 19805. Personal appearance will be waived if copies of subpoenaed documents are furnished 24 hours or more prior to the scheduled date.

      Commissioner Jeffrey B. Miller
      Custodian of Records
      Pennsylvania State Police
      1800 Elmerton Avenue
      Harrisburg, PA 17110-9758

                                                _____
                                                BRIAN E. LUTNESS, ESQUIRE
                                                SILVERMAN MCDONALD & FRIEDMAN
                                                1010 N. Bancroft Parkway
                                                Suite 22
                                                Wilmington, DE 19805
                                                (302) 888-2900
                                                Attorney for Defendant
                                                I.D.#3572

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT and<br>AMY SCHMIDT<br>  Plaintiff,<br><br>v.<br><br>FRANK HAMILTON<br>and TRESSA THOMPSON-THOMAS<br><br>  Defendant. | :<br>:<br>:  Case: 1:06-CV-00207 JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007, I electronically filed a Notice of Records Deposition with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

David Cline
1300 N Market Street
Wilmington, DE 19801

Steven Casarino
800 North King Street Suite 200
Wilmington, DE 19899

/s/ Brian E. Lutness
BRIAN E. LUTNESS, ESQUIRE
SILVERMAN MCDONALD & FRIEDMAN
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
(302) 888-2900
Brian@silverman-mcdonald.com
I.D.#3572