UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT, individually,<br>AMY SCHMIDT, individually, h/w<br><br>      Plaintiffs,<br><br>      v.<br><br>FRANK H. HAMILTON, individually and<br>TRESSA THOMPSON-THOMAS,<br>individually,<br><br>      Defendants. | )<br>)<br>) C.A. No.: 06-207 JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF SERVICE

I, DAVID P. CLINE, ESQUIRE, do hereby certify on this 22nd day of February, 2007 two copies of the foregoing <u>PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS, FRANK H. HAMILTON and TRESSA A. THOMPSON-THOMAS AND PLAINTIFF'S INTERROGATORIES ADDRESSED TO DEFENDANTS, FRANK H. HAMILTON and TRESSA A. THOMPSON-THOMAS</u> were served upon the following via U.S. Mail and email:

Stephen P. Casarino, Esquire  
Casarino, Christman & Shalk  
800 N. King Street, Suite 200  
P.O. Box 1276  
Wilmington, DE 19899  
Attorney for Defendant Frank H. Hamilton  

Brian E. Lutness, Esq.  
Silverman McDonald & Friedman  
1010 N Bancroft Parkway, Suite 10400  
Wilmington, DE 19805  
Attorney for Defendant,  
Tressa A. Thompson-Thomas  

Dated: February 22, 2007

/s/ David P. Cline  
DAVID P. CLINE, ESQUIRE (#2681)  
1300 Market Street, Suite 700, PO Box 33  
Wilmington, DE 19899-0033  
(302) 529-7848  
Attorney for Plaintiff(s)