UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT, individually,  )<br>AMY SCHMIDT, individually, h/w )<br>                                                  )<br>        Plaintiffs,                        )<br>                                                  )<br>        v.                                       )<br>                                                  )<br>FRANK H. HAMILTON, individually and )<br>TRESSA THOMPSON-THOMAS,    )<br>individually,                                )<br>                                                  )<br>        Defendants.                        ) | C.A. No.: 06-207 JJF |

**NOTICE OF SERVICE**

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have sent via CM/ECF on this 9th of April, 2007 two true and correct copies of Defendant Frank Hamilton's Responses to Plaintiff's Interrogatories addressed to:

David P. Cline, Esq.
David P. Cline, P.A.
1300 North Market Street, Suite 700
P.O. Box 1971
Wilmington, DE 19899-1970

CASARINO, CHRISTMAN & SHALK, P.A.

  /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500

Dated: April 09, 2007                                Attorney for Defendant Frank H. Hamilton

Case 1:06-cv-00207-JJF     Document 29     Filed 04/09/2007     Page 2 of 2