UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT, individually, )<br>AMY SCHMIDT, individually, h/w )<br>)<br>*Plaintiffs,* )<br>vs. )<br>)<br>FRANK HAMILTON, individually and )<br>TRESSA THOMPSON-THOMAS, )<br>individually, )<br>*Defendants.* ) | C.A. NO. 06-207 JJF |

### NOTICE OF DEPOSITION DUCES TECUM

TO:   MR. STEVE DESANTIS
      c/o Chevon Fuller, Esquire
      Labor, Employment and Employee Benefits Group
      The Boeing Company
      P.O. Box 516 MC S100-3340
      St. Louis, MO  63116-0516

PLEASE TAKE NOTICE that the undersigned will take the oral telephonic records deposition of STEVE DESANTIS (per Subpoena Duces Tecum attached hereto) on October 18, 2007 at 10:00 a.m. and Plaintiffs' Counsel will initiate the call. The subpoenaed records are to be mailed to the offices of David P. Cline, Esquire, 715 King Street, First Floor, P.O. Box 33, Wilmington, Delaware 19899-0033 on or before October 13, 2007 and should include:  Any and all personnel files from time of initial employment to present, including but not limited to performance reviews; interim performance evaluations; employee manuals; disability plan documents and booklets; short- and long-term summary plan descriptions all of which would

relate to Plaintiff, Robert Schmidt, and include any other documents contained within the personnel file of Robert Schmidt that may not herein be individually designated.

                DAVID P. CLINE, P.A.

                BY:   /s/ David P. Cline  
                David P. Cline, Esq. (#2681)  
                715 King Street, First Floor  
                P.O. Box 33  
                Wilmington, DE 19899-0033  
                302-529-7848  
                Attorney for Plaintiffs

Dated: September 13, 2007

**Wilcox & Fetzer**  
**1330 King Street**  
**Wilmington, DE  19801**

AO88 (DE Rev. 01/07) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| ROBERT SCHMIDT & AMY SCHMIDT, h/w | SUBPOENA IN A CIVIL CASE |
|---|---|
| V. | |
| FRANK HAMILTON, et al. | Case Number:[1]  06-207 JJF |

TO: Steve DeSantis c/o Chevon Fuller, Esquire
The Boeing Company
P.O. Box 516 MC S100-3340
St. Louis, MO 623116-0516

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION  Telephonically, oral deposition of Steve DeSantis from 1-610-591-6558 | DATE AND TIME  10/18/2007 10:00 am |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Any and all personnel files from time of initial employment to the present, including but not limited to performance reviews; interim performance evaluations; employee manuals; disability plan documents and booklets; short- and long-term summary plan descriptions all relating to Robert Schmidt, and include ALL OTHER DOCUMENTS therein.

| PLACE   D.P. CLINE, ESQ.,715 KING ST., BOX 33, WILM., DE 19899 on or before | DATE AND TIME  10/13/2007 10:30 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 14 Sept 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
DAVID P. CLINE, ESQ., 715 KING ST., BOX 33, WILM., DE 19899-0033
302-529-7848 (ATTY FOR ROBERT SCHMIDT)

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT, individually, ) <br> AMY SCHMIDT, individually, h/w ) <br> ) <br> *Plaintiffs,* ) <br> vs. ) <br> ) <br> FRANK HAMILTON, individually and ) <br> TRESSA THOMPSON-THOMAS, ) <br> individually, ) <br> *Defendants.* ) | C.A. NO. 06-207 JJF |

### NOTICE OF SERVICE

I, DAVID P. CLINE, ESQUIRE, do hereby certify on this 14th day of September 2007 two copies of the foregoing NOTICE OF DEPOSITION DUCES TECUM for STEVE DESANTIS were served upon the following via U.S. Mail and were electronically filed and served through CM/ECF upon the following:

Stephen P. Casarino, Esquire
Casarino, Christman & Shalk
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant Hamilton

Brian E. Lutness, Esquire
Silverman McDonald & Friedman
1010 N. Bancroft Parkway, Suite 10400
Wilmington, DE 19805
Attorney for Defendant
Tressa A. Thompson-Thomas

DAVID P. CLINE, P.A.

BY:   /s/ David P. Cline
David P. Cline, Esq. (#2681)
715 King Street, First Floor
P.O. Box 33
Wilmington, DE 19899-0033
302-529-7848
Attorney for Plaintiffs

Dated: September 14, 2007