UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT, individually,  )<br>AMY SCHMIDT, individually, h/w  )<br>                                                              )<br>            Plaintiffs,                   )<br>                                                              )<br>    v.                                                  )<br>                                                              )<br>FRANK H. HAMILTON, individually and  )<br>TRESSA THOMPSON-THOMAS,   )<br>individually,                                       )<br>                                                              )<br>            Defendants.                )  | C.A. No.: 06-207 JJF |

**NOTICE OF UPDATED DEPOSITION**

TO:   David P. Cline, Esq.
        David P. Cline, P.A.
        715 King Street, 1st Floor
        P.O. Box 33
        Wilmington, DE 19899

        Brian E. Lutness, Esq.
        Silverman, McDonald & Friedman
        1010 N. Bancroft Parkway
        Suite 22
        Wilmington, DE 19805

    PLEASE TAKE NOTICE that the undersigned attorney will take the updated deposition of

Robert Schmidt beginning at 3:30 p.m. on December 17, 2007 in the law office Casarino, Christman

& Shalk, Wilmington, Delaware 19801.

                                                                                       CASARINO, CHRISTMAN & SHALK

                                                                                       /s/ Stephen P. Casarino
                                                                                STEPHEN P. CASARINO, ESQUIRE
                                                                                I.D. No. 174
                                                                                800 North King Street, Suite 200
                                                                                P.O. Box 1276
                                                                                Wilmington, DE 19899
                                                                                (302) 594-4500

Dated: 12/04/07                                           Attorney for Defendant

cc:      Hawkins Reporting Service

**CERTIFICATION OF SERVICE**

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have efiled at 800 North King Street, Suite 200, Wilmington, Delaware on this 4th day of December, 2007 two true and correct copies of the attached Notice of Updated Deposition to:

David P. Cline, Esq.
David P. Cline, P.A.
1300 North Market Street, Suite 700
P.O. Box 1971
Wilmington, DE 19899-1970

Brian E. Lutness, Esq.
Silverman, McDonald & Friedman
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805

CASARINO, CHRISTMAN & SHALK, P.A.

   /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Frank H. Hamilton