# CASARINO, CHRISTMAN & SHALK, P.A.
### ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
SARAH C. BRANNAN

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

February 20, 2008

The Honorable Joseph J. Farnan, Jr.
U.S. District Court, District of Delaware
844 N. King Street
Lock Box 27
Wilmington, DE 19801

    RE: Schmidt v. Hamilton
       C.A. No.: 06-207 JJF

Dear Judge Farnan:

  The pre-trial conference of this case is currently scheduled for March 6 at 11:00 a.m. I shall be on vacation from March 2 through March 16. Although I could send someone to cover the pre-trial, I prefer to handle it in person and therefore would ask the court to reschedule the pre-trial until my return. If that cannot be done, I would like permission to have one of the other attorneys from my office attend in my stead.

        Respectfully yours,

        /s/ Stephen P. Casarino

        STEPHEN P. CASARINO

SPC:pw
cc: David P. Cline, Esq.
   Brian E. Lutness, Esq.