# David P. Cline

*davidcline@mylawman.com*     *Attorney-at-Law*     Let Mylawman become Yourlawman.™

|  |  |  |
|---|---|---|
| LICENSED TO PRACTICE IN<br>DE MD NJ NY & PA<br><br>FAX 302 654-0884 | 715 N KING ST, SUITE 100<br>PO BOX 33<br>WILMINGTON DE 19899-0033<br>302 529 - 7848<br>302 LAW-SUIT | PHILADELPHIA, PA 19103<br>MEDIA, PA 19063<br>MT LAUREL, NJ 08054 |

April 2, 2008

The Honorable Joseph J. Farnan, Jr.
District Court of Delaware
844 North King Street, Room 4209, Lock Box 27
Wilmington, DE 19801

Re:    Schmidt et al vs. Hamilton et al.
       Case No: 1:06-CV-207JJF
       My Client: Robert Schmidt

Dear Judge Farnan:

      Please let this letter serve to confirm the telephone call from Debra Krett of your chambers. The Pretrial scheduled for tomorrow in the above matter has been cancelled. Ms. Krett informed me that the Pretrial Stipulation was due three days ago and that would not leave enough time for you to review the Pretrial in preparation for the conference. As I stated to Ms. Krett, defense counsel and I are still actively pursuing settlement of this matter. I apologize for not having the Pretrial filed with the District Court. I will advise counsel for the defendants that the pretrial conference has been continued. Thank you.

                                                  Very truly yours,

                                                  David P. Cline

DPC/KD

Cc:    Stephen P. Casarino, Esquire
        Casarino, Christman, & Shalk PA
        800 N King Street, Suite 200, P.O. Box 1276
        Wilmington, DE 19899-1276

        Brian E. Lutness, Esq.
        Silverman McDonald & Friedman
        1010 N Bancroft Parkway, Suite 10400
        Wilmington, DE 19805