# David P. Cline

*davidcline@mylawman.com*
          *Attorney-at-Law*
          *Let Mylawman become Yourlawman.*™

*LICENSED TO PRACTICE IN*
*DE MD NJ NY & PA*

**FAX 302 654-0884**

**715 N KING ST, SUITE 100**
**PO BOX 33**
**WILMINGTON DE 19899-0033**
**302  529 - 7848**
**302 LAW-SUIT**
June 24, 2008

PHILADELPHIA, PA 19103
MEDIA, PA 19063
MT LAUREL, NJ 08054

The Honorable Joseph J. Farnan, Jr.
District Court of Delaware
844 North King Street, Room 4209, Lock Box 27
Wilmington, DE 19801

Re:    Schmidt et al vs. Hamilton et al.
        Case No: 1:06-CV-207-JJF
        My Client: Robert Schmidt

Dear Judge Farnan:

    A Pretrial conference is scheduled with Your Honor for July 11, 2008 at 12:30 PM. This matter is settled with the defendants having offered their policy limits. We are working on the structure proposals and we should be able to file a stipulation of dismissal shortly. I would respectfully request that the Pretrial conference scheduled for July 11, 2008 be cancelled. Thank you.

                Very truly yours,

                David P. Cline

DPC/bhs

Cc:    Stephen P. Casarino, Esquire
        Casarino, Christman, & Shalk PA
        800 N King Street, Suite 200, P.O. Box 1276
        Wilmington, DE 19899-1276

        Brian E. Lutness, Esq.
        Silverman McDonald & Friedman
        1010 N Bancroft Parkway, Suite 10400
        Wilmington, DE 19805