UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT, individually, )<br>AMY SCHMIDT, individually, h/w )<br> )<br>      Plaintiffs, )<br> )<br>      v. )<br> )<br>FRANK H. HAMILTON, individually and )<br>TRESSA THOMPSON-THOMAS, )<br>individually, )<br> )<br>      Defendants. ) | C.A. No.: 06-207 JJF |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that the above captioned action shall be dismissed with prejudice.

| | |
|---|---|
| DAVID P. CLINE, ATTORNEY AT LAW | CASARINO CHRISTMAN SHALK RANSOM & DOSS, P.A. |
| *[signature]* | *[signature]* |
| David P. Cline, Esquire | Stephen P. Casarino, Esquire |
| 715 North King Street, 1st Floor | 800 North King Street, Suite 200 |
| P.O. Box 33 | P.O. Box 1276 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| Attorney for Plaintiffs | Attorney for Defendant |

Dated: 7/24/08

SO ORDERED _____
JOSEPH J. FARNAN, J.

Dated: