## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| ROBERT SCHMIDT, individually, )<br>AMY SCHMIDT, individually, h/w )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FRANK H. HAMILTON, individually and )<br>TRESSA THOMPSON-THOMAS, )<br>individually, )<br>)<br>Defendants. ) | C.A. No.: 06-207 JJF |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that the above captioned action shall be dismissed with prejudice.

DAVID P. CLINE, ATTORNEY AT LAW

_/s/ David P. Cline_
David P. Cline, Esquire
715 North King Street, 1st Floor
P.O. Box 33
Wilmington, DE 19899
Attorney for Plaintiffs

Dated: 7/24/08

CASARINO CHRISTMAN SHALK
RANSOM & DOSS, P.A.

_/s/ Stephen P. Casarino_
Stephen P. Casarino, Esquire
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant

SO ORDERED _/s/ Joseph J. Farnan, Jr._
JOSEPH J. FARNAN, JR.

Dated: July 29, 2008